**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN KARCZEWSKI, | No. 15-55588 |
| Plaintiff-Appellant, | |
| v. | D.C. No.<br>3:14-cv-02701-MMA-WVG |
| K MOTORS, INC., | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Submitted February 6, 2017**
Pasadena, California

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

We vacate the district court's dismissal of this action, and we remand for

reconsideration in light of <u>Karczewski v. DCH Mission Valley, LLC</u>, No.

15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes that this case is suitable for decision
without oral argument. Fed. R. App. P. 34(a)(2).

FILED

JUL 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

*Karczewski v. K Motors Inc.*, No. 15-55588

BYBEE, Circuit Judge, acquiescing *dubitante*:

I acquiesce *dubitante* for the reasons articulated in my separate opinion in

*Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.